JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE        DATE Jan 29, 2007

DOCKET NO. __CV-06-6183 (DLI)__ CASE: __RALPH JENNINGS V. AMERICAN AIRLINES__

_____ INITIAL CONFERENCE          _____ DISCOVERY CONFERENCE

_____ SETTLEMENT CONFERENCE       _____ OTHER/STATUS CONFERENCE

_____ FINAL/PRE-TRIAL CONFERENCE  _____ CONFERENCE BY TELEPHONE

MANDATORY DISCLOSURE DUE DATE _____ TIME 15 ✓ 30__ 45__ 60__

FOR PLAINTIFF: _Manner_

FOR DEFENDANT: _Rutherford_

FOR DEFENDANT: _____

FOR DEFENDANT: _____

FOR DEFENDANT: _____

_____ DISCOVERY TO BE COMPLETED BY _____

___✓___ NEXT CONFERENCE SCHEDULED FOR _4/26/07 11:00_

_____ PRE-TRIAL ORDER TO BE SUBMITTED TO CLERK'S OFFICE BY

PLAINTIFF: _____   DEFENDANT: _____

THE FOLLOWING RULINGS WERE MADE:  PLEASE TYPE THE FOLLOWING ON THE DOCKET SHEET

(1) Plaintiff to w/draw Akpey + Moses from caption and proceed ag AA only

(2) Pl. to provide med releases by 2/2/07

(3) Early sett. conf 4/26/07 11:00