JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE        DATE _May 8, 2007_

DOCKET NO. __CV-06-6183 (DLI)__  CASE: __RALPH JENNINGS V. AMERICAN AIRLINES__

_____ INITIAL CONFERENCE          __✓__ DISCOVERY CONFERENCE

_____ SETTLEMENT CONFERENCE       _____ OTHER/STATUS CONFERENCE

_____ FINAL/PRE-TRIAL CONFERENCE  _____ CONFERENCE BY TELEPHONE

MANDATORY DISCLOSURE DUE DATE _____ TIME 15__ 30__ 45__ 60__

FOR PLAINTIFF: _Joseph Hanno_

FOR DEFENDANT: _David Rutherford_

FOR DEFENDANT: _____

FOR DEFENDANT: _____

FOR DEFENDANT: _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR_____

_____ PRE-TRIAL ORDER TO BE SUBMITTED TO CLERK'S OFFICE BY

PLAINTIFF:_____  DEFENDANT:_____

THE FOLLOWING RULINGS WERE MADE:  PLEASE TYPE THE FOLLOWING ON THE DOCKET SHEET

Pl. counsel must produce outstanding discovery by 5/15/07. If production and stip of disc re Airpey + Moses not received by 5/15/07 I will recommend to Judge Irizarry that the case be dismissed for failure to prosecute. So Ordered

s/Hon Joan M. Azrack 5/8/07