UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RALPH JENNINGS, et al.,

                Plaintiffs,

-against-

AMERICAN AIRLINES, et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 6183 (DLI)

        An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on June 22, 2007, adopting the Report and Recommendation of Magistrate Judge Joan M. Azrack, dated May 21, 2007; and dismissing the action; it is

        ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted; and that the action is dismissed.


Dated: Brooklyn, New York
        July 12, 2007

                                                  ROBERT C. HEINEMANN
                                                Clerk of Court